### IN THE UNITED STATES DISTRICT COURT
### FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JARRETT M. JAMES, | : | No. 3:15cv1931 |
| **Petitioner** | : | |
| v. | : | (Judge Munley) |
| | : | |
| WARDEN MAIORANA, | :(Magistrate Judge Carlson) |
| **Respondent** | : | |

:::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::

## ORDER

**AND NOW**, to wit, this 19th day of November 2015, it is hereby **ORDERED** as follows:

1) Petitioner's objection (Doc. 4) to the report and recommendation are **DENIED**;

2) Magistrate Judge Martin C. Carlson's report and recommendation (Doc. 3) is **ADOPTED** to the extent that it recommends dismissal of the instant petition;

3) The instant case is **DISMISSED** without prejudice to the petitioner pursuing his claim with a motion filed in the appropriate district court;

4) Based upon the reasoning set forth in the accompanying memorandum, we decline to issue a certificate of appealability; and

5) The Clerk of Court is directed to close this case.

**BY THE COURT:**

**s/ James M. Munley**
**JUDGE JAMES M. MUNLEY**
**United States District Court**